HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
EDGAR ALEJANDRO VAZQUEZ-MADRIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:18-cr-00175-LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO ADVANCE ) SENTENCING HEARING |
| vs. | ) |
| | ) DATE: October 22, 2018 |
| EDGAR ALEJANDRO VAZQUEZ-MADRIGAL, | ) TIME: 8:30 a.m. ) JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for November 5, 2018 may be advanced to October 22, 2018 at 8:30 a.m. before the Honorable Lawrence J. O'Neill.

The defense has no formal objections to the Presentence Report and Mr. Vazquez-Madrigal wishes to be sentenced as soon as possible. The government is agreeable with the requested date.

                                                  Respectfully submitted,

                                                  McGREGOR SCOTT
                                                  United States Attorney

DATED: October 17, 2018              By:     /s/ *Laura Withers*
                                                  LAURA WITHERS
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

|   |   |   |
|---|---|---|
|   | HEATHER E. WILLIAMS | |
|   | Federal Defender | |
| DATED: October 17, 2018 | By: | /s/ *Charles J. Lee* |
|   |   | CHARLES J. LEE |
|   |   | Assistant Federal Defender |
|   |   | Attorneys for Defendant |
|   |   | EDGAR A. VAZQUEZ-MADRIGAL |

**O R D E R**

IT IS SO ORDERED.

Dated: **October 18, 2018**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE